H. F. Cope and Ann F. Cope, Partners, Trading Under the Trade Name of H. F. Cope Company, Plaintiffs-Appellees, v. A. D. Ankrom, Defendant. A. D. Ankrom, Incompetent, and Roberta Jane Hodge, Conservator of Estate of A. D. Ankrom, Incompetent, Appellants.

Gen. No. 9,885.

Opinion filed June 16, 1953.
Released for publication July 2, 1953.

HUTSON & HUTSON, of Monticello, for appellant.

PACEY & PACEY, of Paxton, for appellees.

MR. PRESIDING JUSTICE WHEAT delivered the opinion of the court.

This case is controlled by the opinion in *Lietz v. Ankrom,* Gen. No. 9886, decided by this court at its May Term 1953.

For the reasons stated in the aforesaid opinion, the judgment of the circuit court of Ford county is reversed and the cause remanded to that court with directions to grant defendant's motion to open the judgment and for leave to plead to the merits.

*Reversed and remanded.*